# IN THE SUPREME COURT OF THE STATE OF NEVADA

AUDIE G. LEVENTHAL,
                Appellant,
vs.
MARGARET PICKARD, ESQ., D/B/A
MARGARET PICKARD, PLLC; AND DR.
MELISSA F. KALODNER, PSY.D.,
                Respondents.

No. 77350

**FILED**

DEC 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY   S. Young
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court judgment in a breach of contract action. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than 30 days after service of written notice of entry of the judgment or order.[1] *See* NRAP 4(a)(1); NRAP 26(c). An untimely notice of appeal fails to vest jurisdiction in this court. *See Healy v. Volkswagenwerk*

---

[1]The challenged order was filed in district court on June 7, 2018. Written notice of entry of the challenged order was served on appellant, via electronic means, on June 8, 2018. Appellant's notice of appeal was not filed in district court until October 30, 2018, well outside the 30-day appeal period. *See* NRAP 4(a)(1); NRCP 6(e). Additionally, it appears that the district court's January 31, 2018, order was the final judgment in this matter. *See Campos-Garcia v. Johnson*, 130 Nev. 610, 611-12, 331 P.3d 890, 891 (2014) (indicating that the final judgment is the first order that adjudicates all rights and liabilities; subsequent judgments that do not modify settled legal rights and obligations are not appealable). Appellant filed a timely appeal from the January 31, 2018, order, which was dismissed as abandoned. *Leventhal v. Pickard*, Docket No. 75266 (Order Dismissing Appeal, Sept. 24, 2018).

18-909858

*Aktiengesellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Joanna Kishner, District Judge
       Audie G. Leventhal
       Parry & Pfau
       Eighth District Court Clerk